MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Tel: (408) 535-5054
Fax: (408) 535-5066 (facsimile)

FILED

2011 SEP 21  P 3:51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA-SAN JOSE

SEALED BY ORDER OF THE COURT

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11 00683 HRL |
| Plaintiff, | UNITED STATES' APPLICATION TO SEAL INDICTMENT [~~PROPOSED~~] ORDER |
| v. | |
| CHRISTOPHER DOYON, aka "PLF," "Commander Adama," and "Commander X," | (UNDER SEAL) |
| JOSHUA JOHN COVELLI, aka "Absolem," and "Toxic," | |
| Defendants. | |

The government hereby moves the Court for an order sealing the indictment, this motion, and the Court's sealing order until further order of the Court because the defendants named above have not yet been arrested and the investigation and efforts to locate the defendant are ongoing.

///

///

1 | The United States requests copies of the sealed indictment, summons, arrest warrant and this
2 | Application and Order.
3 |
4 | DATED: September 22, 2011                    Respectfully submitted,
5 |                                              MELINDA HAAG
                                                 United States Attorney
6 |
7 |
                                                 /s/ Hanley Chew
8 |                                              HANLEY CHEW
                                                 Assistant United States Attorneys
9 |

10 | **[PROPOSED] ORDER**
11 | Based upon the motion of the government and for good cause shown, IT IS HEREBY
12 | ORDERED that the indictment, arrest warrant, this motion, this sealing order, and all related
13 | papers shall be sealed until further order of the Court. The Clerk of the Court is ordered to
14 | furnish copies of these documents to the United States Attorney's Office and to Special Agents
15 | of the Federal Bureau of Investigation.
16 |
17 | DATED: September 21, 2011
18 |                                              ~~PAUL S. GREWAL~~
                                                 United States Magistrate Judge
19 |                                              Howard R. Lloyd
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |