**Filed**

FEB 0 8 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>              Plaintiff,<br><br>         v.<br><br>JOSHUA COVELLI,<br><br>              Defendant. | Case No. CR 11-00471 DLJ-PSG (Dkt. 409)<br>Case No. CR 11-00683 DLJ-PSG (Dkt. 56)<br><br>**[PROPOSED] ORDER** |

On January 31, 2013, the Court held a hearing on Defendant Joshua Covelli's Motion for Amendment of Terms of Release, and a bail review hearing, in the above captioned cases. Having considered the papers, statements, and arguments of the parties and Pretrial Services, the Court hereby rules as follows.

Mr. Covelli shall remain under pretrial supervision until his successful completion of his 90-day program at the New Bridge Foundation. Upon his graduation or at the direction of Pretrial Services, he shall be released from New Bridge.

Additionally, upon Mr. Covelli's successful completion of the program, the terms and conditions of his release shall be modified as follows:

(1) Mr. Covelli shall reside with his parents in Botkins, Ohio;

(2) Mr. Covelli shall not change his residence without prior approval of the Court;

(3) Mr. Covelli shall seek and maintain verifiable employment, whether paid or voluntary;

(4) Mr. Covelli shall not be subject to supervision by Pretrial Services after Saturday, February 9, 2013;

(5) Mr. Covelli shall not be required to submit to drug testing; and

(6) every 45 days, beginning on March 18, 2013, counsel for Mr. Covelli shall submit progress reports to the Court and to the government that address Mr. Covelli's living situation, his compliance with the employment condition, and any other information regarding Mr. Covelli's mental health.

The remaining terms and conditions of release previously imposed that are not inconsistent with these modifications shall remain in place.

Dated: February 8, 2013

_____
Hon. Paul S. Grewal
U.S. Magistrate Judge