1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5056
7     FAX: (408) 535-5066
      Email: Susan.Knight@usdoj.gov
8
9  Attorneys for United States of America

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.: CR 11-00683 BLF |
|---|---|---|
|  | ) | CR 12-00426 BLF |
| Plaintiff, | ) |  |
|  | ) | **STIPULATION TO CONTINUE CHANGE OF** |
| v. | ) | **PLEA HEARING AND EXCLUDING TIME** |
|  | ) | **UNDER THE SPEEDY TRIAL ACT;** |
| CHRISTOPHER DOYON, | ) | **[PROPOSED] ORDER** |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

      The undersigned parties respectfully request that the change of plea hearing scheduled for November 9, 2021 be continued to January 11, 2022 at 9:00 a.m.  The reason for the continuance is to afford the parties additional time to complete a Rule 20 transfer of the defendant's case from the Middle District of Florida to the Northern District of California.  In addition, the government will be providing additional discovery to defense counsel later this week concerning the loss amount incurred by the victim, which will inform the defense's evaluation of a proposed plea agreement.

      The parties also stipulate and agree to an exclusion of time from November 9, 2021 to January 11, 2022 for to allow for the effective preparation of defense counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

STIPULATION; [PROPOSED] ORDER       1
CR 11-00683 BLF/12-00426 BLF

IT SO STIPULATED.

DATED: 11/4/21                              Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            Acting United States Attorney

                                            */s/  Susan Knight*
                                            SUSAN KNIGHT
                                            Assistant United States Attorney

                                            */s/ Jay Rorty*
                                            JAY RORTY
                                            Counsel for Mr. Doyon

## [PROPOSED] ORDER

Accordingly, for good cause shown, the Court ORDERS that the change of plea hearing currently scheduled for November 9, 2021 is continued to January 11, 2022 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from November 9, 2021 through January 11, 2022.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:                                      _____
                                            HONORABLE BETH LABSON FREEMAN
                                            United States District Judge